**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                              ATTORNEY FOR DEFENDANT
510 SWEDE STREET                                     Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

## NOTICE OF REMOVAL OF DEFENDANT

Defendant, Greyhound Lines, Inc., through its undersigned attorney, gives notice of the removal of the above captioned action to this Court of a State of Civil Action pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, and in support thereof avers as follows:

1. A civil action has been brought against defendants by the plaintiff in the Court of Common Pleas of Philadelphia County at No. 110803530. A copy of that Complaint is attached hereto as Exhibit "A".

2. The State Court where the action was originally filed is located in Philadelphia County, Pennsylvania, which is embraced within this judicial district.

3. The plaintiff was, at the time of the filing of this action, a citizen of the Commonwealth of Pennsylvania.

4. Defendant, Greyhound Lines, Inc. is a Delaware corporation with corporate headquarters located at 2221 E. Lamar Blvd., Suite 500, Arlington, Texas.

5.	This action is for an amount in controversy in excess of statutory jurisdictional limit for arbitration, together with costs of this action and damages for delay.

6.	If this action had been brought here initially, the United States District Court for the Eastern District of Pennsylvania would have original jurisdiction of the subject matter under 28 U.S.C. § 1332.

7.	A Complaint in this action was served on the defendant.  A copy of the Complaint is attached as Exhibit "A".  No other process, pleadings or Orders have been served upon the defendant.

8.	The statutory requirements having been met, the state action is properly removed to United States District Court for the Eastern District of Pennsylvania.

                           **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**


By:   /s/ Paul C. Troy           Signature Code: PCT 1962
         **PAUL C. TROY, ESQUIRE**

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                    ATTORNEY FOR DEFENDANT
510 SWEDE STREET                            Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

| | | |
|---|---|---|
| DERRICK BRADLEY | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY, PA |
| vs. | : | |
| | : | AUGUST TERM 2011 |
| GREYHOUND LINES, INC. | : | NO. 003530 |

## PRAECIPE TO FILE COPY OF NOTICE OF REMOVAL

TO THE PROTHONOTARY:

    As provided under 28 U.S.C. Section 1446(d), please file the attached as certified copy of Defendant Greyhound Lines, Inc.'s Notice of Removal filed in the United States Court for the Eastern District of Pennsylvania on _____.

                          **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

                          BY: _____
                                **PAUL C. TROY, ESQUIRE**

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875  ATTORNEY FOR DEFENDANT
510 SWEDE STREET  Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

## NOTICE TO PLAINTIFF

**TO:** Dennis A. Pomo, Esquire
Pasquarella, Kunnel & Pomo, P.C.
230 South Broad Street, Suite 1901
Philadelphia, PA 19102

**PLEASE TAKE NOTICE** that defendant, Greyhound Lines, Inc. has filed a Petition in the Eastern District of Pennsylvania for the removal of an action now pending in the Court of Common Pleas of Philadelphia County, entitled, <u>Derrick Bradley v. Greyhound Lines, Inc.</u>; No. 110803530.

**FURTHER TAKE NOTICE** that petitioner, Greyhound Lines, Inc. has at the same time filed with the United States District Court for the Eastern District of Pennsylvania, a copy of the Complaint served upon it, which was filed and entered in the Court of Common Pleas of Philadelphia County.

A copy of said Petition for Removal is attached to this Notice and is hereby served upon you.

        **KANE, PUGH, KNOELL, TROY & KRAMER LLP**


        BY:   /s/ Paul C. Troy
           PAUL C. TROY, ESQUIRE

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                              ATTORNEY FOR DEFENDANT
510 SWEDE STREET                                     Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

---

## CERTIFICATE OF SERVICE

I, Paul C. Troy, certify that on this date I served a true and correct copy of the Notice of Removal, Defendant's Disclosure Statement, my Entry of Appearance and Demand for Trial by Jury in the above-captioned matter on all counsel of record and unrepresented parties via U.S. First Class Mail, postage prepaid, as follows:

> Dennis A. Pomo, Esquire
> Pasquarella, Kunnel & Pomo, P.C.
> 230 South Broad Street, Suite 1901
> Philadelphia, PA 19102

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**


By: ___/s/ Paul C. Troy_____   Signature Code: PCT 1962
    **PAUL C. TROY, ESQUIRE**


Date: __9/12/11_____

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                                    ATTORNEY FOR DEFENDANT
510 SWEDE STREET                                           Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

---

### DEFENDANTS' CERTIFICATE OF FILING OF
### COPY OF NOTICE OF REMOVAL WITH THE STATE COURT

I, PAUL C. TROY, ESQUIRE, counsel for defendant Greyhound Lines, Inc. hereby certify that on this date a certified copy of Defendant's Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, wherein is pending the State Court action which is the subject of the removal.


**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**


By:   /s/ Paul C. Troy      Signature Code: PCT 1962
           PAUL C. TROY, ESQUIRE


Date:  9/12/11

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                                    ATTORNEY FOR DEFENDANT
510 SWEDE STREET                                           Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

---

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of **Defendant, Greyhound Lines, Inc.** in the above-captioned matter.

/s/ Paul C. Troy    Signature Code: PCT 1962
Paul C. Troy, Esquire
I.D. No. 60875
KANE, PUGH, KNOELL, TROY & KRAMER LLP
510 Swede Street
Norristown, PA   19401-4886
(610) 275-2000
ptroy@kanepugh.com

Date:     9/12/11

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, ESQUIRE**
ATTORNEY I.D. NO. 60875                              ATTORNEY FOR DEFENDANT
510 SWEDE STREET                                     Greyhound Lines, Inc.
NORRISTOWN, PA 19401
(610) 275-2000

---

|  |  |  |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT | | |
| FOR THE EASTERN DISTRICT OF PENNSYLVANIA | | |

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
|  | : |  |
| v. | : | CIVIL ACTION |
|  | : |  |
| GREYHOUND LINES, INC. | : |  |

---

## DEMAND FOR TRIAL BY A JURY OF TWELVE MEMBERS

TO THE CLERK OF COURTS:

**Defendant, Greyhound Lines, Inc.,** by and through its attorneys, Kane, Pugh, Knoell, Troy & Kramer and Paul C. Troy, Esq. hereby requests a trial by a jury of twelve (12) plus two alternates; trial to proceed as long as there are twelve (12) members available.


/s/ Paul C. Troy          Signature Code: PCT 1962
Paul C. Troy, Esquire
I.D. No. 60875
KANE, PUGH, KNOELL, TROY & KRAMER LLP
510 Swede Street
Norristown, PA   19401-4886
(610) 275-2000
ptroy@kanepugh.com

Date:        9/12/11

**APPENDIX G**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| GREYHOUND LINES, INC. | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

[  ]   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ X ]   The nongovernmental corporate party, Greyhound Lines, Inc., improperly named as Greyhound Bus Lines, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:  It is a wholly owned subsidiary of Laidlaw Transportation Holdings, Inc.; Laidlaw Transporation, Inc. is a wholly owned subsidiary of FirstGroup International, Inc.; FirstGroup International, Inc. is an indirect, wholly owned subsidiary of FirstGroup America, Inc.; and FirstGroup America, Inc. is an indirect, wholly owned subsidiary of FirstGroup PLC; FirstGroup PLC is based in the United Kingdom and is traded on the London stock exchange

| | |
|---|---|
| 9/12/11 | /s/ Paul C. Troy     Signature Code: PCT 1962 |
| Date | Signature |
| | Counsel for:     Defendant Greyhound Lines, Inc. |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
   (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
      (1)   file the Rule 7.1(a) statement with its first appearance , pleading, petition, motion, response, or other request addressed to the court, and
      (2)   promptly file a supplemental statement upon any change in the information that the statement requires.