# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**AUGUST 2011**       **003530**

E-Filing Number: 1108037382

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DERRICK BRADLEY | GREYHOUND LINES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2142 N. WANAMAKER STREET<br>PHILADELPHIA  PA 19131 | C/O CT CORPORATION SYSTEM 116 PINE STREET<br>HARRISBURG PA 17101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement<br>[ ] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors<br>[X] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival<br>[ ] Other: |

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>AUG 24 2011<br>S. GARRETT | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES     NO |
|---|---|---|

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DERRICK BRADLEY
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DENNIS A. POMO | 230 S. BROAD STREET<br>SUITE 1901<br>PHILADELPHIA PA 19102 |
| PHONE NUMBER: (215) 665-1900 | FAX NUMBER: (215) 732-2072 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 48381 | dapesq4u@yahoo.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DENNIS POMO | Wednesday, August 24, 2011, 12:19 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

THIS IS A NON JURY MATTER.
ASSESSMENT OF DAMAGES HEARING
IS REQUESTED.

*Filed and Attested by PROTHONOTARY*

Attorneys for Plaintiff

**PASQUARELLA, KUNNEL & POMO, P.C.**
Dennis A. Pomo, Esquire
Attorney ID No. 48381
230 South Broad Street, Suite 1901
Philadelphia, PA 19102
(215) 665-1900

---

| | |
|---|---|
| DERRICK BRADLEY<br>2142 N. Wanamaker Street<br>Philadelphia, PA 19131 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL TRIAL DIVISION |
| Plaintiff | AUGUST TERM, 2011 |
| vs. | |
| GREYHOUND LINES, INC.<br>C/O C T CORPORATION SYSTEM<br>116 Pine Street<br>Harrisburg, PA 17101 | NO. |
| Defendant | |

## NOTICE TO DEFEND
## CIVIL ACTION - COMPLAINT
## 2V - MOTOR VEHICLE CASE

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claims in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION CENTER
One Reading Center
Philadelphia, PA 19107
(215) 238-6333
TTY (215) 451-6197

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas as siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya a sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENDIADOS DE FILADELFIA
SERVUCUO DE FEFENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, PA 19107
Telefono: (215) 238-6333
TTY (215) 451-6197

Case ID: 110803530

|  |  |
|---|---|
| **PASQUARELLA, KUNNEL & POMO, P.C.**<br>**Dennis A. Pomo, Esquire**<br>Attorney ID No. 48381<br>230 South Broad Street, Suite 1901<br>Philadelphia, PA 19102<br>(215) 665-1900 | THIS IS A NON JURY MATTER.<br>ASSESSMENT OF DAMAGES HEARING IS REQUESTED.<br><br>Attorneys for Plaintiff |

| | |
|---|---|
| DERRICK BRADLEY<br>2142 N. Wanamaker Street<br>Philadelphia, PA 19131<br><br>    Plaintiff<br><br>vs.<br><br>GREYHOUND LINES, INC.<br>C/O C T CORPORATION SYSTEM<br>116 Pine Street<br>Harrisburg, PA 17101<br><br>    Defendant | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL TRIAL DIVISION<br><br>AUGUST TERM, 2011<br><br>NO. |

### CIVIL ACTION - COMPLAINT
### 2V - MOTOR VEHICLE ACCIDENT
### COUNT I
### PLAINTIFF, DERRICK BRADLEY V. DEFENDANT

1. Plaintiff, **Derrick Bradley** is an adult individual residing at the above-captioned address.

2. Defendant, **Greyhound Lines, Inc.** (hereinafter referred to as "Greyhound"), is a Delaware Corporation, providing, among other things, intra-state and inter-state bus services as a common carrier for hire, regularly conducting business in the County of Philadelphia, Pennsylvania, with its principal office address located at the above-captioned address.

3. On or about August 25, 2009, at approximately 6:00 p.m., the Greyhound bus operated and/or controlled by the defendant, Greyhound, by and through its agent, servant,

Case ID: 110803530

workman and/or employee, Guy Scott Crawford on Route 495 East, milepost 155, at or near its intersection with Berline Road, Weehauken, NJ, when it was so carelessly and negligently controlled and/or operated so as to strike the rear of the vehicle operated by Thomas J. Tsilionis in a violent collision, resulting in serious and permanent injuries to the plaintiff, who was a passenger on the Greyhound bus.

4.     At all times material hereto, the defendant Greyhound operated its bus by and through its agent, servant and employee, Guy Scott Crawford, who was acting within the scope and duties of his employment.

5.     The carelessness and/or negligence of the Defendant, Greyhound Lines, Inc., by and through its agent, servant, workman and/or employee, Guy Scott Crawford, consisted, inter alia, of the following:

      a.    driving at an excessive rate of speed under the circumstances;

      b.    failing to slow down the vehicle;

      c.    failing to exercise the highest duty of care which a common carrier for hire owes to its passengers in the safe operation of its vehicle at all times;

      d.    failing to maintain the brakes on the vehicle in proper working condition;

      e.    failing to supervise and train its employees and management to discourage placing equipment on the road with known problems, to maintain schedules;

      f.    failure to inspect and maintain its vehicle;

      g.    failing to maintain in accordance with appropriate Federal rules and regulations the books and records of the defendant at all times;

      h.    violating the Federal rules and regulations and the laws of the Commonwealth of Pennsylvania and the City of Philadelphia with respect to safe operation of transportation vehicles;

      (i)    failing to have said vehicle under proper and adequate control at the time;

      (j)    operating said vehicle in a careless manner without regard for the rights and safety of those lawfully upon the highway;

Case ID: 110803530

    (k)    failing to give proper and sufficient warning of the approaching of said vehicle;

    (l)    otherwise failing to exercise due and proper care under the circumstances.

6. As a result of the motor vehicle accident as aforesaid, the plaintiff, Derrick Bradley sustained severe, serious and grievous injuries to his body, some or all of which may be permanent, including, but not limited to, torn superior labrum of the right shoulder with focal tears of the distal supraspinatous and subscapularis tendons requiring arthroscopy and subacromial decompression, disc herniation at C6-7 and C4-5, C7-T1 disc protrusion, acute sprain and strain of the cervical, thoracic and lumbar spine, strain and sprain of the right knee, as well as severe and extensive damage to his blood vessels, muscles, tissues, and nerves of his head, neck, mid and low back, and severe anxiety and emotional distress, and other injuries to her body, the full extent of which is not yet known.

7. As a further result of the accident as aforesaid, the plaintiff has or will be obliged to receive and undergo medical attention and care and to expend and incur various sums of money and expenses for his injuries which he has suffered, and for which he may continue to suffer for an indefinite time into the future.

8. As a further result of the motor vehicle accident as aforesaid, the plaintiff has or may suffer a severe loss of earnings and impairment of his earning capacity and power, and this loss of income is likely to continue for an indefinite time into the future.

9. As a further result of the motor vehicle accident as aforesaid, the plaintiff has suffered and will in the future suffer great pain and suffering, discomfort, embarrassment, mental anguish, emotional distress, and his ability to enjoy the pleasures of life has been and may be in the future interrupted and impaired.

Case ID: 110803530

WHEREFORE, the plaintiff, Derrick Bradley demands judgment against the defendant, in a sum in excess of Fifty Thousand Dollars ($50,000.00) plus interest and costs.

PASQUARELLA, KUNNEL & POMO, P.C.

BY: _____
DENNIS A. POMO, ESQUIRE
Attorney for Plaintiff

Case ID: 110803530

## VERIFICATION

___DERRICK BRADLEY_____, hereby states that he is the plaintiff in the foregoing action and verifies that the statements made in the foregoing pleading are true and correct to the best of his/her knowledge, information, and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 PA. C.S. 4904 relating to unsworn falsification to authorities.

___8/24/11___
DATE

_____
DERRICK BRADLEY

Case ID: 110803530