IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| GREYHOUND LINES, INC., | : | |
| Defendant. | : | NO. 11-5715 |
| | : | |

**ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR LEAVE TO WITHDRAW AND FILE NEW ANSWERS TO THE REQUEST FOR ADMISSIONS**

AND NOW, on this 19th day of June, 2012, upon careful consideration of Defendant's Motion for Summary Judgment (ECF No. 9), Plaintiff's Cross-Motion for Leave to Withdraw and File New Answers to the Request for Admissions (ECF No.11), the parties briefs and oral arguments, and for the reasons discussed in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

(1) Plaintiff's Cross-Motion (ECF No. 11) is GRANTED. The Court will consider Plaintiff's faxed answers of March 1, 2012 to Defendant's Request for Admissions as timely under Fed. R. Civ. P. 36.

(2) Defendant's Motion (ECF No. 9) is DENIED.

(3) Pursuant to the Court's discussion with counsel at oral argument on April 24, 2012, the parties will proceed simultaneously with fact and expert discovery. The remaining deadlines in this case are set as follows:

--Plaintiff's expert report(s): August 30, 2012.

1

--Defendant's expert report(s): September 30, 2012.

--All discovery completed: October 30, 2012.

--Any further motions for summary judgment: November 15, 2012.

--Plaintiff's pre-trial memorandum: November 30, 2012.

--Defendant's pre-trial memorandum: December 15, 2012.

--Trial pool date: January 15, 2013.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-5715 Bradley v. Greyhound\Bradley SJ Order.wpd