IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BRADLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GREYHOUND LINES, INC., | : | |
| Defendant. | : | NO. 11-5715 |
| | : | |

### ORDER

**AND NOW, TO WIT:** This 11th day of March, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk

cc:   Dennis A. Pomo, Esquire (dapesq4u@yahoo.com)
      Paul C. Troy, Esquire (ptroy@kanepugh.com)

O:\CIVIL 11\11-5715 BRADLEY V. GREYHOUND\11CV5715.031215.41B.DOCX